FILED:  May 13, 2016

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-1128
(1:12-cv-03219-WDQ)

_____

DON J. BEADS

　　　　Plaintiff - Appellant

v.

MARYLAND STATE POLICE; MARCUS L. BROWN; TERRENCE B. SHERIDAN

　　　　Defendants - Appellees

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 05/31/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk